**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:12CR3114** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **RECUSAL ORDER** |
| | ) | |
| **WILLIAM WHITEHOUSE and** | ) | |
| **JONATHON GRADY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 7th day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge