# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:12CR3114** |
| vs. | |
| WILLIAM WHITEHOUSE, | **ORDER** |
| Defendant. | |

Based on the information of record, Defendant has violated the conditions of Defendant's supervised release by using methamphetamine. Upon review of Defendant's motion, and after considering available options,

IT IS ORDERED that Defendant's motion to review detention, (Filing No. 147), is granted as follows:

1) Defendant shall comply with the conditions of release ordered at sentencing and the following additional conditions:

   a. When an opening becomes available at Dismas in Kearney, Nebraska, the defendant will be placed at that facility under the community corrections component of the Bureau of Prisons. If the defendant is discharged from that facility for any reason whatsoever, or leaves the premises of the facility without authorization, the defendant shall immediately report to a law enforcement officer or his supervising officer, and the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

   b. Defendant shall fully participate in outpatient treatment.

2) The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

3) This order does not moot the pending petition for an offender under supervision.

Dated this 8th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge