IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:12CR3114** |
| vs. | |
| WILLIAM WHITEHOUSE, | **ORDER** |
| Defendant. | |

Upon review of Defendant' motion, (Filing No. 151),

IT IS ORDERED:

1) Defendant's unopposed motion for early release from public law placement, (Filing No. 151), is granted.

2) On or about December 17, 2017, Defendant shall transition from public law placement at Dismas in Kearney, Nebraska to reside with his fiancé in Kearney, Nebraska.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

Dated this 29th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge